| Attorney or Party without Attorney:<br>T. Connor O'Carroll (SBN 312920)<br>REED SMITH LLP<br>101 SECOND STREET, SUITE 1800<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* (415) 543-8700<br><br>*Attorney For:* Plaintiff Southern California Edison Company | | **For Court Use Only** |
|---|---|---|
| | *Ref. No. or File No.:*<br>349790.60054 | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT OF CALIFORNIA CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* SOUTHERN CALIFORNIA EDISON COMPANY
*Defendant:* TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-1155 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF SOUTHERN CALIFORNIA EDISON COMPANY'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) AND CORPORATE DISCLOSURE STATEMENT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
   b. Person served: Skylar Leih, authorized employee, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served: 2710 Gateway Oaks Drive, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Feb 18 2026 (2) at: 10:55 AM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)
   **b. FIRST LEGAL**
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. *The Fee* for Service was: 210.12

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*N. graddy*

02/18/2026
(Date)                (Signature)



PROOF OF SERVICE

15233168
(6291539)